# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA CLOSET COMPANY, INC., a California corporation

v.

J. MARK EBBEN, an individual, and EBBEN ENTERPRISES, INC., a Wisconsin corporation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**CV 08 0625 SI**

TO: (Name and address of defendant)

J. Mark Ebben
110 E. Fox Point Lane
Appleton, WI 54911

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

| | |
|---|---|
| Jeffrey M. Hamerling | Norman M. Leon |
| DLA Piper US LLP | John A. Hughes |
| 153 Townsend Street, Suite 800 | DLA PIper US LLP |
| San Francisco, CA 94107-1957 | 203 North LaSalle Street, Suite 1900 |
| Phone: (415) 836-2500 | Chicago, IL 60601 |
| Fax: (415) 836-2501 | Phone: (312) 368-4000 |
| | Fax: (312) 236-7516 |

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

**ANNA SPRINKLES**

DATE

JAN 2 8 2008

American LegalNet, Inc.
www.USCourtForms.com

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|
| Service of the Summons and Complaint was made by me[1]      DATE |
| Name of SERVER      TITLE |

*Check one box below to indicate appropriate method of service*

☐    Served Personally upon the Defendant. Place where served:

☐    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐    Returned unexecuted:

☐    Other *(specify)*:

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
             Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

American LegalNet, Inc.
www.USCourtForms.com