# United States District Court
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA CLOSET COMPANY, INC., a California corporation<br><br>v.<br><br>J. MARK EBBEN, an individual, and EBBEN ENTERPRISES, INC., a Wisconsin corporation | **AMENDED**<br>**SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER:<br><br>CV 08 - 0625 SI |

TO: (Name and address of defendant)

Ebben Enterprises, Inc.
110 E. Fox Point Lane
Appleton, WI 54911

J. Mark Ebben
110 E. Fox Point Lane
Appleton, WI 54911

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey M. Hamerling
DLA Piper US LLP
153 Townsend Street, Suite 800
San Francisco, CA 94107-1957
Phone: (415) 836-2500
Fax: (415) 836-2501
jeffrey.hamerling@dlapiper.com

Norman M. Leon
John A. Hughes
DLA Piper US LLP
203 North LaSalle Street, Suite 1900
Chicago, IL 60601
Phone: (312) 368-4000
Fax: (312) 236-7516
norman.leon@dlapiper.com
john.hughes@dlapiper.com

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  2 9 JAN 2008

YUMIKO SAITO

(BY) DEPUTY CLERK

American LegalNet, Inc.
www.USCourtForms.com

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| Name of SERVER | TITLE |

| Check one box below to indicate appropriate method of service |
|---|
| ☐ Served Personally upon the Defendant. Place where served: |
| ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.<br>Name of person with whom the summons and complaint were left: |
| ☐ Returned unexecuted: |
| ☐ Other (specify): |

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                          Date                                                    Signature of Server

                                                                   _____
                                                                   Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

American LegalNet, Inc.
www.USCourtForms.com