| | |
|---|---|
| 1 | Robert C. Holtzapple (State Bar No. 145954) |
| 2 | Farella Braun & Martel LLP<br>235 Montgomery Street, 17th Floor |
| 3 | San Francisco, CA 94104<br>Telephone: (415) 954-4400 |
| 4 | Facsimile: (415) 954-4480<br>rholtzapple@fbm.com |

Andrew Wagener (to be admitted pro hac vice)
Bollenbeck, Wagener, Spaude & Fyfe, SC
W6260 Communication Court
Appleton, WI 54914
Telephone: (920) 735-1711
Facsimile: (920) 735-1710
wagener@bwsf.biz

Attorneys for Defendants
J. MARK EBBEN and EBBEN ENTERPRISES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA CLOSET COMPANY, INC., a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>J. MARK EBBEN, an individual, and EBBEN ENTERPRISES, INC., a Wisconsin corporation<br><br>Defendants. | Case No. CV-08-0625 SI<br><br>STIPULATION TO EXTEND DEFENDANTS' TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT<br><br>[N.D. Local Rule 6-1(a)] |

Defendants J. Mark Ebben and Ebben Enterprises, Inc. and Plaintiff California Closet Company, Inc. hereby file this Stipulation extending Defendants' time to file a responsive pleading to Plaintiff's Complaint.

WHEREAS, on January 29, 2008, Plaintiff served Defendants with the Complaint in the above-captioned case;

WHEREAS, Defendants' response to the Complaint is due on February 19, 2008;

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP RE EXTEND TIME RE
COMPLAINT CV-08-0625 SI

04182\1452143.1

1  WHEREAS, the parties have agreed that Defendants' time to respond should be extended
2  to March 3, 2008.

3  IT IS HEREBY STIPULATED by and between the parties hereto through their respective
4  attorneys of record that Defendants will have to and including March 3, 2008, to serve and file
5  their response to Plaintiff's Complaint.

6  Dated: February 14, 2008                    FARELLA BRAUN & MARTEL LLP

8                                              By:    /s/ Robert C. Holtzapple
                                                      Robert C. Holtzapple
9
                                               Attorneys for Defendants
10                                             J. MARK EBBEN and EBBEN
                                               ENTERPRISES, INC.
11

12 Dated: February 14, 2008                    DLA PIPER US LLP

14                                             By:    /s/ Jeffrey Hamerling
                                                      Jeffrey Hamerling
15
                                               Attorneys for Plaintiff
16                                             CALIFORNIA CLOSET COMPANY,
                                               INC.
17

18 PURSUANT TO STIPULATION IT IS SO ORDERED:

19 Dated: _____     _____
20                                   THE HONORABLE SUSAN ILLSTON
                                     Judge of the United States District Court

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP RE EXTEND TIME RE
COMPLAINT CV-08-0625 SI                - 2 -                            04182\1452143.1