

Clerk's Use Only
Initial for fee pd.:

Nicholas Andrew Wagener
BOLLENBECK, WAGENER, SPAUDE & FYFE, S.C.
W6260 Communication Court
Appleton, WI 54914
(920) 735-1711

FILED
08 FEB 20 PM 1:03

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PAID

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

California Closet Company, Inc.

            Plaintiff(s),

v.

J. Mark Ebben and
Ebben Enterprises, Inc.

_____Defendant(s)._____ /

CASE NO. CV 08-0625 SI

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Pursuant to Civil L.R. 11-3, Nicholas Andrew Wagener, an active member in good standing of the bar of State of Wisconsin, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendants in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Robert C. Holtzapple
Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104    (415) 954-4480

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/14/2008

_____

FEB 20 PM 1:03

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

California Closet Company, Inc.

                               Plaintiff(s),

    v.

J. Mark Ebben and
Ebben Enterprises, Inc.

                              Defendant(s).
                                           /

CASE NO. CV 08-0625 SI

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Nicholas Andrew Wagener , an active member in good standing of the bar of Eastern District of Wisconsin whose business address and telephone number (particular court to which applicant is admitted) is

Bollenbeck, Wagener, Spaude & Fyfe, S.C.
W6260 Communication Court
Appleton, WI 54914           (920) 735-1711 ,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing J. Mark Ebben and Ebben Enterprises, Inc. .

      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

                                                                        Honorable Susan Illston
                                                                        United States District    Judge

UNITED STATES DISTRICT COURT
For the Northern District of California