FEB 20 PH 1:03

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

California Closet Company, Inc.

                    Plaintiff(s),

v.

J. Mark Ebben and
Ebben Enterprises, Inc.

                    Defendant(s).

CASE NO. CV 08-0625 SI

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Nicholas Andrew Wagener, an active member in good standing of the bar of Eastern District of Wisconsin whose business address and telephone number (particular court to which applicant is admitted) is

Bollenbeck, Wagener, Spaude & Fyfe, S.C.
W6260 Communication Court
Appleton, WI 54914        (920) 735-1711,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing J. Mark Ebben and Ebben Enterprises, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

*Susan Illston*

Honorable Susan Illston
United States District Judge