Clerk's Use Only

Initial for fee pd.:

Type name, address, phone number of applicant here
John A. Hughes
DLA Piper US LLP
203 North LaSalle Street, Suite 1900, Chicago, Illinois 60601
(312) 368-4000

FILED
MAR 31 2008
RICHARD W.
CLERK, U.S. DIST.
NORTHERN DISTRICT OF

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA CLOSET COMPANY, INC.,
a California corporation,

        Plaintiff(s),

v.

J. MARK EBBEN, an individual, and
EBBEN ENTERPRISES, INC.,
a Wisconsin corporation,

        Defendant(s).

CASE NO. CV 08 0625

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, John A. Hughes, an active member in good standing of the bar of the State of Illinois, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing California Closet Company, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Jeffrey Hamerling, DLA Piper US LLP, 153 Townsend Street, Suite 800, San Francisco, California 94107, (415) 836-2500

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3-27-08

John A. Hughes

RECEIVED MAR 3 1 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| CALIFORNIA CLOSET COMPANY, INC., a California corporation,<br><br>Plaintiff(s),<br>v.<br>J. MARK EBBEN, an individual, and EBBEN ENTERPRISES, INC., a Wisconsin corporation,<br><br>Defendant(s). | CASE NO. CV 08 0625<br><br>(Proposed)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

John A. Hughes , an active member in good standing of the bar of the State of Illinois whose business address and telephone number (particular court to which applicant is admitted) is

DLA Piper US LLP
203 North LaSalle Street, Suite 1900, Chicago, Illinois 60601
(312) 368-4000

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing California Closet Company, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

JUDGE SUSAN ILLSTON
United States District    Judge

```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611017617
Cashier ID: almaceh
Transaction Date: 04/01/2008
Payer Name: dla piper us llp
----------------------------------
PRO HAC VICE
 For: N M LEON
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:         $210.00
PRO HAC VICE
 For: J A HUGHES
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:         $210.00
----------------------------------
CHECK
 Check/Money Order Num: 757469
 Amt Tendered:  $420.00
----------------------------------
Total Due:      $420.00
Total Tendered: $420.00
Change Amt:     $0.00

C08-0625 SI


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```