# FARELLA BRAUN + MARTEL LLP
Attorneys At Law

Russ Building / 235 Montgomery Street
San Francisco / CA 94104

**ROBERT C. HOLTZAPPLE**
rholtzapple@fbm.com
D 415.954.4939

T 415.954.4400 / F 415.954.4480
www.fbm.com

April 3, 2008

*Via E-Mail Tracy_Sutton@cand.uscourts.gov*

Tracy Sutton
Calendar Clerk for the Honorable Susan Illston
United States District Court
    for the Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

    Re:    California Closet Company, Inc. v. J. Mark ebben, et al/.Case No. CV-08-0625 SI
             Date of Hearing: April 18, 2008 @ 9:00 a.m.

Dear Tracy:

    Nicholas A. Wagener, attorney for defendants, requests that he be permitted to appear by telephone at the above-referenced proceeding. Mr. Wagener will be available between the hours of 9:00 a.m. and 11:00 a.m. on April 18. His telephone number is: (920) 735-1711. It is my understanding that you will initiate this call.

    A copy of this letter has been sent via email to opposing counsel.

    Thank you for your help. Please contact me directly if I have misunderstood the procedure.

                                Sincerely,

                                Robert C. Holtzapple

RCH:gcr
cc:    Jeffrey Mark Hamerling, Esq. (via email jeffrey.hamerling@dlapiper.com)
23014\1515434.1