Andrew Wagener (*to be admitted pro hac vice*)
BOLLENBECK, WAGENER, SPAUDE & FYFE, S.C.
W6260 Communication Court
Appleton, WI 54914
Telephone: (920) 735-1711
Facsimile: (920) 735-1710
email: awagener@bwsf.biz

Robert C. Holtzapple (State Bar No. 145954)
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
email: bholtzapple@fbm.com

Attorneys for Defendants
J. MARK EBBEN and
EBBEN ENTERPRISES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA CLOSET COMPANY, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>J. MARK EBBEN, an individual; and EBBEN ENTERPRISES, INC., a Wisconsin corporation,,<br><br>Defendant. | Civil Case No. C 08-0625 SI<br><br>**DECLARATION OF J. MARK EBBEN**<br><br>Date:     April 18, 2008<br>Time:    9:00 a.m.<br>Dept:    Courtroom 10<br>           Hon. Susan Illston |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

DECLARATION OF J. MARK EBBEN
Civil Case No. C 08-0625 SI

23014\1522029.1

J. Mark Ebben, being first duly sworn on oath deposes and says:

1. I am an adult resident of the State of Wisconsin, one of the defendants in the above referenced matter and President of defendant, Ebben Enterprises, Inc.

2. Between 1991 and 2007 a representative of California Closet Company physically visited our franchise store location a total of four times.

3. California Closet Company did not frequently or regularly monitor the quality standards of the products sold by Ebben Enterprises, Inc. d/b/a California Closet Company.

4. Products were shipped from distribution centers located on the West Coast and in the Midwest as well as directly from vendors on orders placed with California Closet Company.

5. I have never disallowed California Closet Companies to audit the business of Ebben Enterprises, Inc. d/b/a California Closet Company in accordance with the Franchise Agreement.

6. All negotiations, assignments and execution of all documentation related to the Franchise Agreement that I participated in occurred in Wisconsin.

7. One of my conditions to entering into the franchise agreement with California Closet Company was to be considered a "mini franchise" that allowed me certain exceptions. For example, we are not required to have a show room. The substance of our agreement allowed the use of the California Closet Company name in exchange for paying royalties.

8. Ben-Tel, LLC, a Wisconsin limited liability company that affiant was a member of has been liquidated and is no longer operating.

9. I am a partial owner in The Closet Works, LLC. The Closet Works, LLC conducts business solely in Wisconsin. None of my business associates related to The Closet Works, LLC have any contacts with California.

DECLARATION OF J. MARK EBBEN
Civil Case No. C 08-0625 SI         - 2 -

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed this 4th day of April 2008 in Appleton, Wisconsin.

*/s/ J. Mark Ebben*

J. MARK EBBEN

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

DECLARATION OF J. MARK EBBEN
Civil Case No. C 08-0625 SI

- 3 -

23014\1522029.1