| | |
|---|---|
| 1 | DLA PIPER US LLP |
| | JEFFREY HAMERLING (State Bar No. 91532) |
| 2 | 153 Townsend Street, Suite 800 |
| | San Francisco, CA  94107-1957 |
| 3 | jeffrey.hamerling@dlapiper.com |
| | Phone: 415.836.2500 |
| 4 | Fax: 415.836.2501 |
| 5 | DLA PIPER US LLP |
| | NORMAN M. LEON *(admitted pro hac vice)* |
| 6 | JOHN A. HUGHES *(admitted pro hac vice)* |
| | 203 North LaSalle Street, Suite 1900 |
| 7 | Chicago, IL  60601 |
| | Phone: 312.368.4000 |
| 8 | Fax: 312.236.7516 |
| 9 | Attorneys for Plaintiff |
| | CALIFORNIA CLOSET COMPANY, INC. |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CALIFORNIA CLOSET COMPANY, INC., a California corporation, | CASE NO. CV 08-0625 SI |
| Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| J. MARK EBBEN, an individual, and EBBEN ENTERPRISES, INC., a Wisconsin corporation, | |
| Defendant. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

DLA PIPER US LLP
SAN FRANCISCO

CHGO1\31203960.1

-1-
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1.   The Closet Works LLC: The Closet Works LLC is the entity through which Defendants claim to operate their "Closet Works" business. Defendants are using Plaintiff's trademarks in connection with the operation of their "Closet Works" business. In particular, Defendants are using Plaintiff's trademarks to attract customers to their franchised California Closets business, and are then selling those customers Closet Works' competitive products and services in an attempt to avoid paying royalty fees on the sales of those products and services to Plaintiff. The Closet Works LLC has a financial interest in the unlawful sales that Defendants have directed, and continue to direct, to it.

Dated: April 22, 2008

DLA PIPER US LLP

By  /s/
Jeffrey Hamerling
Attorney for Plaintiff
CALIFORNIA CLOSET COMPANY, INC.