Robert C. Holtzapple (State Bar No. 145954)
Kelly A. Woodruff (State Bar No. 160235)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
email: kwoodruff@fbm.com

Andrew Wagener (to be admitted *pro hac vice*)
Bollenbeck, Wagener, Spaude & Fyfe, S.C.
W6260 Communication Court
Appleton, WI 54914
Telephone: (920) 735-1711
Facsimile: (920) 735-1710
email: awagener@bwsf.biz

Attorneys for Defendants
J. MARK EBBEN and
EBBEN ENTERPRISES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA CLOSET COMPANY, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>J. MARK EBBEN, an individual; and EBBEN ENTERPRISES, INC., a Wisconsin corporation,<br><br>　　　　　Defendants. | Civil Case No. C 08-0625 SI<br><br>**DEFENDANTS J. MARK EBBEN'S AND EBBEN ENTERPRISES, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br>**(CIVIL L.R. 3-16 AND FRCP 7.1)** |

　　　　Pursuant to Civil L.R. 3-16 the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:   NONE.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

DEFENDANTS' CERT. OF INTERESTED
ENTITIES OR PERSONS                           - 1 -                                23014\1572442.1
Case No. C 08-0625 SI

1 | Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Ebben Enterprises, Inc. makes the following disclosures:

    1.     Ebben Enterprises, Inc. does not have any parent corporations.

    2.     No publicly held corporations own 10% or more of Ebben Enterprises, Inc.

Dated: May 2, 2008

FARELLA BRAUN & MARTEL LLP

By:    /s/   *Kelly A. Woodruff*
          Kelly A. Woodruff

Attorneys for Defendants
J. MARK EBBEN and EBBEN ENTERPRISES, INC.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

DEFENDANTS' CERT. OF INTERESTED
ENTITIES OR PERSONS
Case No. C 08-0625 SI

- 2 -

23014\1572442.1