UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA CLOSET COMPANY,
INC., a California
Corporation
      Plaintiff(s),

v.

J. MARK EBBEN, an
individual, and EBBEN
ENTERPRISES, INC., et al.
      Defendant(s).
_____/

Case No. CV 08-0625 SI

ADR CERTIFICATION BY PARTIES
AND COUNSEL

  Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

  **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

  **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

  **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: May 5, 2008

/s/ J. Mark Ebben
_____
[Party]
J. MARK EBBEN and
EBBEN ENTERPRISES, INC.

Dated: May 5, 2008

/s/ Kelly A. Woodruff
_____
[Counsel]
KELLY A. WOODRUFF

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."