# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| California Closet Company Inc.,<br><br>　　　　　Plaintiff(s),<br><br>　v.<br><br>Ebben,<br><br>　　　　　Defendant(s). | 08-00625 SI MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

　　　The court notifies the parties and counsel that the Mediator assigned to this case is:

**Michael A. Duncheon**
Hanson Bridgett Marcus Vlahos & Rudy
425 Market St., 26th Fl.
San Francisco, CA 94105
(415) 777-3200

　　　Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
08-00625 SI MED　　　　　　　　　　　　- 1 -

1     Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: May 14, 2008

                                       RICHARD W. WIEKING  
                                       Clerk  
                                       by:    Alice M. Fiel

                                       ADR Case Administrator  
                                       415-522-3148  
                                       Alice_Fiel@cand.uscourts.gov

**United States District Court**  
**Northern District of California**

**Notice of Appointment of Mediator**  
08-00625 SI MED                        - 2 -