**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 5/14/08

Case No.   C-08-625 SI           Judge:   SUSAN ILLSTON

Title: CALIFORNIA CLOSET CO. -v- J. MARK EBBEN

Attorneys: McDonald, Leon          Wood-Ruff

Deputy Clerk:  Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                    PART

Case continued to **8/15/08    @ 2:30 p.m.** for Further Case Management Conference

Case continued to **5/29/09    @ 9:00 a.m.**   for Motions
(Motion due **4/24/095**, Opposition **/8/09** Reply **5/15/09**)

Case continued to **6/30/09    @ 3:30 p.m.**  for Pretrial Conference

Case continued to **7/13/09    @ 8:30 a.m.**  for Trial (JURY: 5Days)
Discovery Cutoff: 12/19/08  Designate Experts: 2/6/09 , Rebuttal Experts:3/13/09, Expert Discovery Cutoff:4/10/09

ORDERED AFTER HEARING:
The mediation session shall be completed by 6/23/08.

Cc: ADR

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 5/14/08

Case No.   C-08-625 SI           Judge:   SUSAN ILLSTON

Title: CALIFORNIA CLOSET CO. -v- J. MARK EBBEN

Attorneys: McDonald, Leon          Wood-Ruff

Deputy Clerk: Tracy Sutton  Court Reporter: n/a

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                              PART

Case continued to **8/15/08    @ 2:30 p.m.** for Further Case Management Conference

Case continued to **5/29/09    @ 9:00 a.m.**   for Motions
(Motion due **4/24/095**, Opposition **/8/09** Reply **5/15/09**)

Case continued to **6/30/09    @ 3:30 p.m.**  for Pretrial Conference

Case continued to **7/13/09    @ 8:30 a.m.**  for Trial (JURY: 5Days)
Discovery Cutoff: 12/19/08  Designate Experts: 2/6/09 , Rebuttal Experts:3/13/09, Expert Discovery Cutoff:4/10/09

ORDERED AFTER HEARING:
The mediation session shall be completed by 6/23/08.

Cc: ADR