MICHAEL A. DUNCHEON
PARTNER
DIRECT DIAL 415 995 5015
E-MAIL mduncheon@hansonbridgett.com



May 20, 2008

**FILED**

MAY 2 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

Jeffrey Mark Hamerling, Esq.
DLA Piper US LLP
150 Townsend Street, Suite 800
San Francisco, CA 94107

John Aaron Hughes, Esq.
Norman M. Leon, Esq.
DLA Piper US LLP
203 North La Salle Street, Suite 1900
Chicago, IL 60601

Kelly Ann Woodruff, Esq.
Robert C. Holtzapple, Esq.
Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104

Nicholas Andrew Wagener, Esq.
Bollenbeck Wagener Spaude & Fyfe, S.C.
W6260 Communication Court
Appleton, WI 54914

Re:   *California Closet Company, Inc. v. Ebben, et al.*
United States District Court Action No. 08-CV-00625-SI

Dear Counsel:

As you know, I have been appointed mediator in the above-referenced matter.

In accordance with A.D.R. L.R. 6-6, I will conduct a telephone conference on Wednesday, May 28, 2008 at 10:00 a.m. The dial-in number for the call is (877) 699-4786 and the pass code is 415-995-5015. I anticipate the conference will last approximately one-half hour. If this date and time are inconvenient, please confer and call my assistant Melinda Less at (415) 995-5126 to reschedule.

During the conference call, we will discuss the following matters:

- The procedures to be followed;
- The nature of the case;
- Appropriate dates for the mediation and anticipated length of the session;
- The parties who will be present at the session;
- Ideas to improve the effectiveness of the mediation session, or matters that could pose impediments;
- Requirements for your written mediation statements; and

**Hanson Bridgett LLP**
425 Market Street, 26th Floor, San Francisco, CA  94105  hansonbridgett.com

1472802.1

All Counsel
May 20, 2008
Page 2

- Any questions you have regarding the mediation program.

My conflicts check of our firm's records revealed no conflicts of interest that would prohibit me from serving as mediator or that require disclosure. However, please do your own due diligence, and let me now if there are any issues.

Please be advised that the first 4 hours of my time is pro bono and each additional hour during the first day is billed at $200 per hour, to be divided among the parties. If the mediation continues beyond one day, my rate is $540 per hour. Under the rules, no party is obligated to participate in the mediation beyond the initial 4 hours.

I look forward to assisting you on this case. If there are any questions that arise before the conference call, please let me know.

Yours very truly,

*Michael A. Duncheon*

Michael A. Duncheon

cc:   Alice M. Fiel, ADR Case Administrator

1472802.1