DLA PIPER US LLP
JEFFREY HAMERLING (State Bar No. 91532)
153 Townsend Street, Suite 800
San Francisco, CA 94107-1957
jeffrey.hamerling@dlapiper.com
Phone: 415.836.2500
Fax: 415.836.2501

DLA PIPER US LLP
NORMAN M. LEON (admitted pro hac vice)
JOHN A. HUGHES (admitted pro hac vice)
203 North LaSalle Street, Suite 1900
Chicago, IL 60601
norman.leon@dlapiper.com
john.hughes@dlapiper.com
Phone: 312.368.4000
Fax: 312.236.7516

Attorneys for Plaintiff
CALIFORNIA CLOSET COMPANY, INC.

FARELLA BRAUN + MARTEL LLP
KELLY A. WOODRUFF (State Bar. No. 160235)
235 Montgomery Street, Suite 3000
San Francisco, CA 94104
Telephone: (415) 954-4403
kwoodruff@fbm.com

BOLLENBECK WAGENER SPAUDE & FYFE, S.C.
NICHOLAS A. WAGENER (admitted pro hac vice)
W6260 Communication Court
Appleton, WI 54914
Phone: 920.735.1711
wagener@bwsf.biz

Attorneys for Defendants
J. MARK EBBEN AND EBBEN
ENTERPRISES, INC.

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CALIFORNIA CLOSET COMPANY, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>J. MARK EBBEN, an individual, and EBBEN ENTERPRISES, INC., a Wisconsin corporation,<br><br>Defendants. | **CASE NO. CV 08-0625 SI**<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO COMPLETE MEDIATION PURSUANT TO ADR LOCAL RULE 6** |

1  The parties to the above-entitled action hereby submit this Stipulation and [Proposed] Order Extending Time To Complete Mediation to and including July 11, 2008.

On April 22, 2008, Pursuant to Civil Local Rule 16-8 and ADR Local Rule 3-5, the parties stipulated to participate in early mediation of the action.  Although the presumptive deadline for completion of the mediation under ADR Local Rule 6 is 90 days from the date of the order referring the case to mediation, the parties agreed to complete mediation within 60 days.

On April 23, 2008, the Court referred the case to mediation, to be completed within 60 days.  On May 14, 2008, the Court appointed Michael Duncheon as the mediator.

The mediator scheduled a joint phone conference with counsel for all parties on May 28, 2008, pursuant to ADR Local Rule 6-6.  During that conference, the parties and mediator discussed the timing for the mediation, and concluded that the mediation would likely be more productive if the parties were allowed more time to prepare, exchange information and attempt to narrow the issues.

The parties thus agreed to submit this Stipulation and [Proposed] Order extending the time within which the parties must complete mediation to and including July 11, 2008.  July 11, 2008 is still within the presumptive 90-day deadline for completing mediation and will not cause unreasonable delay.

Good cause appears for granting the extension, and the Parties respectfully request that the Court approve the Stipulation and enter the Order.

[SIGNATURE PAGE FOLLOWS]

-2-
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO COMPLETE MEDIATION

DLA Piper US LLP
San Francisco

23014\1595664.1

Dated: May 29, 2008                    By _____
                                          Jeffrey Hamerling (State Bar No. 91532)
                                          jeffrey.hamerling@dlapiper.com
                                          DLA Piper US LLP
                                          153 Townsend Street, Suite 800
                                          San Francisco, CA  94107-1957
                                          Phone: 415.836.2500
                                          Fax: 415.836.2501

                                          AND

                                          Norman M. Leon *(admitted pro hac vice)*
                                          norman.leon@dlapiper.com
                                          John A. Hughes *(admitted pro hac vice)*
                                          john.hughes@dlapiper.com
                                          DLA Piper US LLP
                                          203 North LaSalle Street, Suite 1900
                                          Chicago, IL  60601
                                          Phone: 312.368.4000
                                          Fax: 312.236.7516

                                          Attorneys for Plaintiff
                                          CALIFORNIA CLOSET COMPANY, INC.

Dated:  May 29, 2008                   By           /s/
                                          Kelly A. Woodruff (State Bar No. 160235)
                                          kwoodruff@fbm.com
                                          Farella Braun + Martel LLP
                                          235 Montgomery Street, Suite 3000
                                          San Francisco, CA  94104
                                          Phone: 415.954.4400
                                          Fax: 415.954.4480

                                          AND

                                          Nicholas A. Wagener *(admitted pro hac vice)*
                                          wagener@bwsf.biz
                                          Bollenbeck Wagener Spaude & Fyfe, S.C.
                                          W6260 Communication Court
                                          Appleton, WI  54914
                                          Phone: 920.735.1711

                                          Attorneys for Defendants
                                          J. MARK EBBEN and
                                          EBBEN ENTERPRISES, INC.

1 **ORDER**

2    This matter being before this Court on the Stipulation to Extend Time Within Which the
3 Parties Must Complete Mediation,
4    IT IS HEREBY ORDERED that this Court's April 23, 2008 Order referring the case to
5 mediation is modified as follows. The parties shall have up to and including July 11, 2008 to
6 complete mediation pursuant to ADR Local Rule 6.

7

8 Dated: May __, 2008

9
                                     _____
                                     Hon. Susan Illston
10                                   United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated: May 29, 2008        By /s/ John Hughes
                              Jeffrey Hamerling (State Bar No. 91532)
                              jeffrey.hamerling@dlapiper.com
                              DLA Piper US LLP
                              153 Townsend Street, Suite 800
                              San Francisco, CA 94107-1957
                              Phone: 415.836.2500
                              Fax: 415.836.2501

                              AND

                              Norman M. Leon *(admitted pro hac vice)*
                              norman.leon@dlapiper.com
                              John A. Hughes *(admitted pro hac vice)*
                              john.hughes@dlapiper.com
                              DLA Piper US LLP
                              203 North LaSalle Street, Suite 1900
                              Chicago, IL 60601
                              Phone: 312.368.4000
                              Fax: 312.236.7516

                              Attorneys for Plaintiff
                              CALIFORNIA CLOSET COMPANY, INC.

Dated: May 29, 2008        By _____
                              Kelly A. Woodruff (State Bar No. 160235)
                              kwoodruff@fbm.com
                              Farella Braun + Martel LLP
                              235 Montgomery Street, Suite 3000
                              San Francisco, CA 94104
                              Phone: 415.954.4400
                              Fax: 415.954.4480

                              AND

                              Nicholas A. Wagener *(admitted pro hac vice)*
                              wagener@bwsf.biz
                              Bollenbeck Wagener Spaude & Fyfe, S.C.
                              W6260 Communication Court
                              Appleton, WI 54914
                              Phone: 920.735.1711

                              Attorneys for Defendants
                              J. MARK EBBEN and
                              EBBEN ENTERPRISES, INC.

-3-
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME
TO COMPLETE MEDIATION

DLA PIPER US LLP
SAN FRANCISCO

23014\1595664.1