DLA PIPER US LLP
JEFFREY HAMERLING (State Bar No. 91532)
153 Townsend Street, Suite 800
San Francisco, CA 94107-1957
jeffrey.hamerling@dlapiper.com
Phone: 415.836.2500
Fax: 415.836.2501

DLA PIPER US LLP
NORMAN M. LEON (admitted pro hac vice)
JOHN A. HUGHES (admitted pro hac vice)
203 North LaSalle Street, Suite 1900
Chicago, IL 60601
norman.leon@dlapiper.com
john.hughes@dlapiper.com
Phone: 312.368.4000
Fax: 312.236.7516

Attorneys for Plaintiff
CALIFORNIA CLOSET COMPANY, INC.

FARELLA BRAUN + MARTEL LLP
KELLY A. WOODRUFF (State Bar. No. 160235)
235 Montgomery Street, Suite 3000
San Francisco, CA 94104
Telephone: (415) 954-4403
kwoodruff@fbm.com

BOLLENBECK WAGENER SPAUDE & FYFE, S.C.
NICHOLAS A. WAGENER (admitted pro hac vice)
W6260 Communication Court
Appleton, WI 54914
Phone: 920.735.1711
wagener@bwsf.biz

Attorneys for Defendants
J. MARK EBBEN AND EBBEN
ENTERPRISES, INC.

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CALIFORNIA CLOSET COMPANY, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>J. MARK EBBEN, an individual, and EBBEN ENTERPRISES, INC., a Wisconsin corporation,<br><br>Defendants. | **CASE NO. CV 08-0625 SI**<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO COMPLETE MEDIATION PURSUANT TO ADR LOCAL RULE 6** |

-1-
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME
TO COMPLETE MEDIATION

DLA PIPER US LLP
SAN FRANCISCO

23014\1595664.1

1  The parties to the above-entitled action hereby submit this Stipulation and [Proposed]
2  Order Extending Time To Complete Mediation to and including July 11, 2008.
3  On April 22, 2008, Pursuant to Civil Local Rule 16-8 and ADR Local Rule 3-5, the parties
4  stipulated to participate in early mediation of the action. Although the presumptive deadline for
5  completion of the mediation under ADR Local Rule 6 is 90 days from the date of the order
6  referring the case to mediation, the parties agreed to complete mediation within 60 days.
7  On April 23, 2008, the Court referred the case to mediation, to be completed within 60
8  days. On May 14, 2008, the Court appointed Michael Duncheon as the mediator.
9  The mediator scheduled a joint phone conference with counsel for all parties on May 28,
10 2008, pursuant to ADR Local Rule 6-6. During that conference, the parties and mediator
11 discussed the timing for the mediation, and concluded that the mediation would likely be more
12 productive if the parties were allowed more time to prepare, exchange information and attempt to
13 narrow the issues.
14 The parties thus agreed to submit this Stipulation and [Proposed] Order extending the time
15 within which the parties must complete mediation to and including July 11, 2008. July 11, 2008
16 is still within the presumptive 90-day deadline for completing mediation and will not cause
17 unreasonable delay.
18 Good cause appears for granting the extension, and the Parties respectfully request that the
19 Court approve the Stipulation and enter the Order.
20
21 [SIGNATURE PAGE FOLLOWS]

| | | |
|---|---|---|
| Dated: May 29, 2008 | By | _____ |

Jeffrey Hamerling (State Bar No. 91532)
jeffrey.hamerling@dlapiper.com
DLA Piper US LLP
153 Townsend Street, Suite 800
San Francisco, CA  94107-1957
Phone: 415.836.2500
Fax: 415.836.2501

AND

Norman M. Leon *(admitted pro hac vice)*
norman.leon@dlapiper.com
John A. Hughes *(admitted pro hac vice)*
john.hughes@dlapiper.com
DLA Piper US LLP
203 North LaSalle Street, Suite 1900
Chicago, IL  60601
Phone: 312.368.4000
Fax: 312.236.7516

Attorneys for Plaintiff
CALIFORNIA CLOSET COMPANY, INC.

| | | |
|---|---|---|
| Dated:  May 29, 2008 | By | /s/ |

Kelly A. Woodruff (State Bar No. 160235)
kwoodruff@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, Suite 3000
San Francisco, CA  94104
Phone: 415.954.4400
Fax: 415.954.4480

AND

Nicholas A. Wagener (*admitted pro hac vice*)
wagener@bwsf.biz
Bollenbeck Wagener Spaude & Fyfe, S.C.
W6260 Communication Court
Appleton, WI  54914
Phone: 920.735.1711

Attorneys for Defendants
J. MARK EBBEN and
EBBEN ENTERPRISES, INC.

-3-
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME
TO COMPLETE MEDIATION

DLA PIPER US LLP
SAN FRANCISCO

23014\1595664.1

**ORDER**

This matter being before this Court on the Stipulation to Extend Time Within Which the Parties Must Complete Mediation,

IT IS HEREBY ORDERED that this Court's April 23, 2008 Order referring the case to mediation is modified as follows. The parties shall have up to and including July 11, 2008 to complete mediation pursuant to ADR Local Rule 6.

6/2/08

Dated: ~~May ___, 2008~~

*[signature: Susan Illston]*

Hon. Susan Illston
United States District Court Judge

-4-
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME
TO COMPLETE MEDIATION

DLA PIPER US LLP
SAN FRANCISCO

23014\1595664.1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: May 29, 2008 | By_____ |
| | | Jeffrey Hamerling (State Bar No. 91532) |
| 3 | | jeffrey.hamerling@dlapiper.com |
| | | DLA Piper US LLP |
| 4 | | 153 Townsend Street, Suite 800 |
| | | San Francisco, CA 94107-1957 |
| 5 | | Phone: 415.836.2500 |
| 6 | | Fax: 415.836.2501 |
| 7 | | AND |
| 8 | | Norman M. Leon *(admitted pro hac vice)* |
| | | norman.leon@dlapiper.com |
| 9 | | John A. Hughes *(admitted pro hac vice)* |
| | | john.hughes@dlapiper.com |
| 10 | | DLA Piper US LLP |
| | | 203 North LaSalle Street, Suite 1900 |
| 11 | | Chicago, IL 60601 |
| | | Phone: 312.368.4000 |
| 12 | | Fax: 312.236.7516 |
| 13 | | |
| 14 | | Attorneys for Plaintiff |
| | | CALIFORNIA CLOSET COMPANY, INC. |
| 15 | | |
| 16 | Dated: May 29, 2008 | By_____ |
| | | Kelly A. Woodruff (State Bar No. 160235) |
| 17 | | kwoodruff@fbm.com |
| | | Farella Braun + Martel LLP |
| 18 | | 235 Montgomery Street, Suite 3000 |
| | | San Francisco, CA 94104 |
| 19 | | Phone: 415.954.4400 |
| 20 | | Fax: 415.954.4480 |
| 21 | | AND |
| 22 | | Nicholas A. Wagener *(admitted pro hac vice)* |
| | | wagener@bwsf.biz |
| 23 | | Bollenbeck Wagener Spaude & Fyfe, S.C. |
| | | W6260 Communication Court |
| 24 | | Appleton, WI 54914 |
| | | Phone: 920.735.1711 |
| 25 | | |
| 26 | | Attorneys for Defendants |
| | | J. MARK EBBEN and |
| 27 | | EBBEN ENTERPRISES, INC. |
| 28 | | |

-3-
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME
TO COMPLETE MEDIATION

DLA PIPER US LLP
SAN FRANCISCO

23014\1595664.1