```
                                              FILED
                                              JUL 1 6 2008

                                              RICHARD W. WIEKING
                                              CLERK, U.S. DISTRICT COURT
                                              NORTHERN DISTRICT OF CALIFORNIA
```

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| California Closet Company Inc., | No. C 08-00625 SI MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Ebben, | |
| Defendant(s). | |

*Instructions:* *The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☐ ENE session on (date) 7/11/08

2. Did the case settle?   ☑ fully   ☐ partially   ☐ no

3. If the case did not settle fully, is any follow-up contemplated?
   ☐ another session scheduled for (date) _____
   ☐ phone discussions expected by (date) _____
   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☑ YES   ☐ NO

Dated: 7/11/08

*[signature]*
**Mediator, Michael A. Duncheon**
Hanson Bridgett Marcus Vlahos & Rudy
425 Market St., 26th Fl.
San Francisco, CA 94105

**Certification of ADR Session**
08-00625 SI MED